## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

           Respondent

        v.

KYLE KLEIN,

           Petitioner

:  No. 19 EAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

           Respondent

        v.

KYLE KLEIN,

           Petitioner

:  No. 20 EAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.